STATE v. HEATWOLE

No. 119A89-3

Case below: Moore County Superior Court

Motion by defendant to amend petition for writ of certiorari allowed 20 December 2000 for remand to the Superior Court of Moore County for a determination of matters pursuant to the order entered 20 November 2000 by the Honorable Russell G. Walker, Jr. All other matters pending before this Court are hereby dismissed without prejudice to refile after ruling by the Superior Court. Defendant's motion to amend petition for writ of certiorari was allowed and, therefore, his original petition for writ of certiorari to review the order of the Superior Court is dismissed 20 December 2000 without prejudice to refile after the ruling by the Superior Court.

STATE v. HERRING

No. 408P00

Case below: 139 N.C. App. 451

Joint motion by defendant and plaintiff to withdraw notice of appeal and petition for discretionary review allowed 19 October 2000. Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question dismissed as moot 20 December 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 dismissed as moot 20 December 2000.

STATE v. HILL

No. 505P00

Case below: 138 N.C. App. 711

Petition by defendant for writ of certiorari to review the decision of the North Carolina court of appeals denied 20 December 2000.

STATE v. HOLLOWAY

No. 294P00

Case below: 138 N.C. App. 554

Petition by defendant pro se for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000. Second petition by defendant pro se for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.